

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

| | |
|---|---|
| RE: ARREST WARRANT | ) |
| | ) |
| | ) Docket No.: 1:18mj131 |
| | ) |
| | ) |
| | ) SEALED |

## MOTION

Comes now the United States of America, by counsel, and moves the court to place and maintain the above-captioned arrest warrant and all accompanying documents under seal. The United States requests that the arrest warrant and all accompanying documents be placed under **SEAL** until the arrest warrant is executed.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Zachary T. Lee
Assistant United States Attorney